**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Audibel, a Division of Starkey Laboratories, Inc., and Starkey Laboratories, Inc., | ) )  ) ) | No.   CV 05-2614-PCT-PGR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| | ) ) ) | |
| David J. Borland, Jr., et al.                Defendants. | ) ) ) | |
| _____ | ) | |

Pursuant to the Plaintiffs' Motion to Compel Responses to Outstanding Discovery Requests (Doc. 19), and good cause appearing,[1]

IT IS ORDERED that the Plaintiffs' Motion to Compel Responses to Outstanding Discovery Requests (Doc. 19) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall respond to all outstanding discovery within ten (10) days of the date of this Order.

---

[1] The present motion was filed with the Court on May 30, 2006. According to Local Rule of Civil Procedure 7.2(c), if the Defendants opposed the Plaintiffs' motion they were required to file a responsive memorandum with the Court within ten (10) days after service. However, the Defendants failed to file a response opposing the Plaintiffs motion nor did they request an extension from the Court enabling them to file a delayed response.

1   DATED this 26th day of June, 2006.

```
                    Paul G. Rosenblatt
                    United States District Judge
```

```
                    Paul G. Rosenblatt
                    United States District Judge
```

- 2 -