**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Audibel, et al. | ) | No.   CV 05-2614-PCT-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| David Borland, Jr., et al. | ) | |
| Defendants. | ) | |

On January 8, 2007, this Court entered its Order granting the Plaintiffs' Motion for Summary Judgment resolving all claims in the Complaint in favor of the Plaintiffs. (See Doc. 27). The Defendants had failed to file a response in opposition to the Motion for Summary Judgment Based on that ruling, the Plaintiff is directed to file a proposed form of Judgment or a motion requesting a hearing regarding damages on or before **March 6, 2007**.

DATED this 6th day of February, 2007.

Paul G. Rosenblatt
United States District Judge