**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Audibel, et al. | ) | No.   CV 05-2614-PCT-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| David Borland, Jr., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having granted Plaintiffs' Motion for Summary Judgment on February 6, 2007,

IT IS HEREBY ORDERED, ADJUGED AND DECREED that Plaintiffs have judgment against Defendants David J. Borland, Jr., Audibel Hearing of Havasu, Audibel Hearing of Flagstaff, Borland Family Hearing and Audiology Center and Brenda Borland in the amount of $357,355.04, plus interest, at a rate of ten percent per annum from the date of entry of Judgment until paid.

IT FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff are entitled to attorneys' fees and costs as the prevailing party under § A.R.S. §§ 12-341 and 12-341.01

in the amount of $48,340.44.

This is a final judgment.

DATED this 13th day of August, 2007.

_____
Paul G. Rosenblatt
United States District Judge

- 2 -